**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **HUSEYIN IMRAG,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN OF THE DIAMONDBACK CORRECTIONAL FACILITY, et al.,**<br><br>**Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. CIV-26-2702-J** |

## ORDER

Petitioner has filed an emergency notice of noncompliance and renewed motion for temporary restraining order. Doc. 10. The Court orders Respondents to file a response to the motion on or before Monday, October 19, 2026.

**SO ORDERED** this 15th day of October, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE